**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270                    NUNC PRO TUNC 1/4/2008
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51,413

Attorneys for Plaintiff
TOP RANK INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| TOP RANK INC., | CASE NO. 2:96-cv-08790-AAH-VAP |
| Plaintiff, | [~~PROPOSED~~] RENEWAL OF CONSENT JUDGMENT |
| vs. | |
| MARIA DE LA NOVELO; FRANCISCO NOVELO doing business as Los Pinos Bar, | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original

judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

and for good cause appearing, therefore,

The Default Judgment to and against Defendant FRANCISCO NOVELO

d/b/a Los Pinos Bar, entered on 01/16/98, be and the same is hereby renewed in the

amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $9,000.00 |
| b. Costs after judgment | $ -0- |
| c. Subtotal (*add a and b*) | $9,000.00 |
| d. Credits after judgment | $ -0- |
| e. subtotal (*subtract d from c*) | $9,000.00 |

f. Interest after judgment      $ 2,250.00
g. Fee for filing renewal application      $ -0-
h. **Total renewed judgment** *(add e, 5, and g)*    $11,250.00

DATED: JANUARY 13, 2011        CLERK, by _____ *Irene Ramirez* _____ ,
                                Deputy

F:\USERS\DJCNEW\novelo.renewal