```
Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF
```

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP RANK INC., | ) |
| Plaintiff,   vs. | ) Case No.: 2:96-CV-08790-AAH-VAP |
| MARIA DE LA NOVELO, et al, | ) **RENEWAL OF JUDGMENT** |
| Defendant, | ) **BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Top Rank Inc, and against Defendant, Francisco Novelo d/b/a Los Pinos Bar entered on January 18, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 11,250.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **11,250.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **11,250.00** |
| f. | Interest after judgment(.29%) | $ | 325.27 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ | **11,575.27** |

Dated: January 5, 2021        CLERK, by  *Sharon Hall Brown*
                              Kiry A. Gray,
                              Clerk of U.S. District Court